IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                              Plaintiff,                          AMENDED ORDER

        v.                                                        14-po-007-slc

JONATHAN BERG,

                              Defendant.

---

        The order entered on June 20, 2014 is hereby AMENDED to reflect a corrected fine

amount of $50.00.  In all other respects, the order remains as entered.


        Entered this 11th day of August, 2014.

                              BY THE COURT:

                              /s/

                              STEPHEN L. CROCKER
                              Magistrate Judge